# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: CR 19-393(A)-JAK
U.S.A. v. VINCENT YEN TEK CHIU
[✓] Indictment   [ ] Information

Defendant Number: 1
Year of Birth: 1978
Investigative agency (FBI, DEA, etc.): FBI

FILED 2019 OCT -8 PM 4:45

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: Unknown to July 2, 2019

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles     [✓] Ventura
[✓] Orange          [ ] Santa Barbara
[ ] Riverside       [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other

Citation of Offense: 21 U.S.C. 846, 963, 841(a)(1), (b)(1)(A), (b)(1)(C); 18 U.S.C. 2(a)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number:

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): n/a

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: n/a
Case Number: n/a
Assigned Judge: n/a
Charging: n/a
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: n/a

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: H Dean Steward
Phone Number: 949-481-4900

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?   [ ] Yes   [✓] No
This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: July 2, 2019
Case Number: CR 19-393-JAK

The superseded case:
[✓] is still pending before Judge/Magistrate Judge
Hon. John A. Kronstadt
[ ] was previously dismissed on n/a

Are there 8 or more defendants in the superseding case?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[✓] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☒ NO
IF YES, list language and/or dialect:
n/a

**OTHER**

☒ Male  ☐ Female
☐ U.S. Citizen  ☒ Alien

Alias Name(s)  El Chino, Chase, Tiger, TigerOfSweden, TigerOfMexico, ControllerCard, Thomas, Auctioned, Immortalplanet

This defendant is charged in:
☒ All counts
☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☒ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☒ narcotics offenses
☐ violent crimes/firearms
☐ Other
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: n/a
   in the amount of $ n/a
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district:
n/a

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☒ Federal
b. Name of Institution:  Unknown
c. If Federal, U.S. Marshals Service Registration Number: Unknown
d. ☒ Solely on this charge. Date and time of arrest:
   8/24/2019 6:10pm
e. On another conviction:  ☐ Yes  ☒ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☒ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court:  n/a
   Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  n/a

Date  10/08/2019

*Victoria Degtyareva* (signature)
Signature of Assistant U.S. Attorney
Victoria A. Degtyareva
Print Name