H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward7777@gmail.com

Attorney for Defendant
VINCENT Y.T. CHIU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. CR-19-393-(A)-JAK |
|---|---|
| Plaintiff, | COURT ORDERED RESPONSE TO *U.S. v. OLSEN* __F.3D__, (9TH Cir. 4-23-21), No. 20-50329 |
| vs. | |
| VINCENT Y.T. CHIU     Defendant. | |

Comes now the defense, and responds to the Court's order regarding the effect, if any, of *U.S. v. Olsen* from the Ninth Circuit of the pending motion to dismiss in this case.

Dated: 5-3-21          /s./ H. Dean Steward

                H. Dean Steward
                Counsel for Defendant
                Vincent Chiu

- 1 -

## I. Introduction

This Court issued an order on April 30, 2021, asking counsel to brief the effect, if any, of *U.S. v. Olsen*, __F.3__, (9th Cir. 3-18-21), #20-50329 on the pending motion to dismiss the indictment, filed by the defense. The dismissal motion here was premised on the idea that the Speedy Trial Act 18 USC §3161 et. seq. does not contain an exception for national emergencies. The defense responds in more detail below.

## II. *Olsen* Compared to the *Chiu* Case

The Ninth Circuit in *Olsen* set out a "non-exhaustive" list of factors to consider in the context of the Speedy Trial Act and Covid 19:

1. Whether the defendant is in custody?-

    **A clear yes- a huge, critical distinction from *Olsen* to *Chiu*.**

2. How long the defendant has been in custody?

    **Close to two years- again a giant, important distinction.**

3. Defendant invoked Speedy Trial rights "since the case's inception?"

    **No. First objection filed 3-3-21 [docket #247]**

4. Is a custody defendant "part of a population that is particularly susceptible…to the virus?"

    **No, however the <u>place of confinement</u> has been far from safe from the virus. In November of 2020, the Santa Ana Jail[1] provided the follow COVID 19 statistics. Mr. Chiu is in an environment where transmission of the virus is common, and he is at far greater risk than the defendant in *U.S. v. Olsen*:**

/

/

/

---

[1] From Juan Medrano, Supervisory Deputy US Marshal Central CA- Los Angeles in an email 11-17-20.

| COVID-19 STATS (11.06.20 - 11.12.20) | |
|---|---|
| TOTAL POSITIVE COVID-19 TEST RESULTS | 11 |
| INMATES DISPLAYING SIGNS & SYMPTOMS OF COVID-19 | 1 |
| TOTAL NEGATIVE COVID-19 TEST RESULTS | 180 |
| INMATES PENDING COVID-19 TEST RESULTS | 10 |
| TOTAL NUMBER OF COVID-19 TESTS ADMINISTERED | 201 |
| INMATES CURRENTLY IN ISOLATION STATUS | 60 |

"Incarcerated people are infected by the coronavirus at a rate more than five times higher than the nation's overall rate, according to research reported in the Journal of the American Medical Association in July 2020. The reported death rate of inmates (39 deaths per 100,000) is also higher than the national rate (29 deaths per 100,000).

As of April 16, 2021, more than 661,000 incarcerated people and staff have been infected with coronavirus and at least 2,990 have died, according to The New York Times. The number of infections and deaths is likely even higher than the reported number because jails and prisons are conducting limited testing on incarcerated people. Many facilities won't test incarcerated people who die after showing symptoms of Covid-19.

Prisons, jails, and detention centers in the U.S. 'have been among the nation's most dangerous places when it comes to infections from the coronavirus,' The New York Times reported on April 10, 2021. 'Over the past year, more than 1,400 new inmate infections and seven deaths, on average, have been reported

inside those facilities each day.'"

Equal Justice Initiative 4-16-21

https://eji.org/news/covid-19s-impact-on-people-in-prison/

5. The seriousness of the charges and is violence part of those charges?

**While the drug charges are serious, there is no allegation of violence as to Mr. Chiu.**

6. Reason to suspect recidivism?

**Difficult question- what *can* be determined is that Mr. Chiu has no criminal record. Certainly, this would negate any notion of recidivism.**

7. Can the district court "safely conduct a trial?"

**Judge Carney in *Olsen* pointed to the Orange County Superior Court system that has held criminal jury trials successfully throughout the pandemic.**

**"[Judge] Carney has repeatedly cited Orange County Superior Court's ongoing coronavirus trial procedures while lamenting the Central District's indefinite ban."**

*M. Cunliff,* Los Angeles Times 1-27-21.

*Olsen*, §III,C.

If OC Superior Court has done it, why can't the Central District of California?

**III. Speedy Trial Act Provisions**

The primary reason that the defense brought this motion is our agreement with the district court in the *Olsen* case:

"Nowhere in the Constitution [or the Speedy Trial Act] is there an exception for times of emergency or crisis. There are no ifs or buts about it."

*U.S. v. Olsen*, §II,3.

## IV. Conclusion

Defendant continues to urge this Court to dismiss the indictment, with prejudice. Because the facts and circumstances for Mr. Chiu differ from those of the defendant in *Olsen*, such a ruling would be appropriate and warranted.

Dated: 5-3-21              /s./ H. Dean Steward
                           H. Dean Steward
                           Counsel for Defendant
                           Vincent Chiu

Proof of Service

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above-entitled action. I have caused, on 5-3-21, service of the defendant's:

**REPLY TO COURT ORDER RE: U.S. v. Olsen**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA Victoria Degtyareva**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-3-21

s/ H. Dean Steward

H. Dean Steward