```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRITTNEY M. HARRIS (Cal. Bar No. 294650)
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorneys
Deputy Chief, International Narcotics,
Money Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0488/2262
     Facsimile:  (213) 894-0141
     E-mail:     Brittney.Harris@usdoj.gov
                 MiRi.Song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00393(A)-JAK-1, 11 |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | |
| VINCENT YEN TEK CHIU, KHONSAVANH VORACHACK, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brittney M. Harris and MiRi Song, defendant Vincent Yen Tek Chiu, by and through his

///

///

///

counsel of record, Lou Shapiro, Esq., and defendant Khonsavanh Vorachack, by and through his counsel of record, Stephen Demik, Esq., hereby submit the following joint statement of the case.

Dated: February 17, 2022         Respectfully submitted,

                                 TRACY L. WILKISON
                                 United States Attorney

                                 SCOTT M. GARRINGER
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                       /s/
                                 BRITTNEY M. HARRIS
                                 MIRI SONG
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


Dated: February 17, 2022          /s/ e-mail authorization
                                 LOU SHAPIRO, ESQ.
                                 Attorney for defendant
                                 VINCENT YEN TEK CHIU




Dated: February 17, 2022          /s/ e-mail authorization
                                 STEPHEN DEMIK, ESQ.
                                 Attorney for defendant
                                 KHONSAVANH VORACHACK

**JOINT STATEMENT OF THE CASE**

This is a criminal case brought by the United States of America. The United States charges defendant Vincent Yen Tek Chiu ("defendant Chiu") and defendant Khonsavanh Vorachack ("defendant Vorachack") with conspiracy to distribute cocaine and 3,4-Methylenedioxyamphetamine, otherwise known as MDMA, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(C), and with conspiracy to export cocaine, in violation of 21 U.S.C. §§ 963, 953(a), 960(a)(1), (b)(1)(B)(ii).  The United States also charges defendants Chiu and Vorachack with distributing 3,4-Methylenedioxyamphetamine, otherwise known as MDMA, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).  The United States also charges defendant Chiu with two counts of possessing with intent to distribute controlled substances, and two counts of distributing controlled substances, in violation of 21 U.S.C. §§ 841(a)(1). Defendants Chiu and Vorachack have each pleaded not guilty to the charges and are presumed innocent unless and until the government proves guilt beyond a reasonable doubt.