

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Status of America,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Vincent Yen Tek Chiu,<br><br>　　　　Defendant. | ) Case No.: LA CR 19-00393 JAK-1<br>)<br>) **JURY NOTE NUMBER:** 1<br>)<br>) Today's Date: 3/23/22<br>)<br>) Time: 12:39 PM<br>)<br>)<br>) |

_____  THE JURY HAS REACHED AN UNANIMOUS VERDICT

　X　  THE JURY REQUESTS THE FOLLOWING:

① In the instruction No. 44, please confirm if the phrase ... "knows of its presence and has the power ..." does the power mean any amount between 0-100% or only 100% absolute power?

Found on page 8 of instructions

② We need it for CD player

SIGNED: **REDACTED**
FOREPERSON OF THE JURY