FILED
CLERK, U.S. DISTRICT COURT

03/24/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TJ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United Status of America, | ) Case No.: LA CR 19-00393 JAK-1 |
|---|---|
| Plaintiff(s), | ) **RESPONSE TO JURY NOTE NUMBER:** 1 |
| vs. | ) Today's Date: March 23, 2022 |
| Vincent Yen Tek Chiu, | ) |
| Defendant. | ) |

RESPONSE TO JURY NOTE NUMBER # __1__

"Power" means "ability," as in "the ability and intention to control it." "Power" is not defined as a percentage because more than one person may have the same "power." As stated later in Instruction No. 44:

"A person has possession of something if the person knows of its presence and has the physical control of it or knows of its presence and has the power and intention to control it. More than one person can be in possession of something if each knows of its presence and has the power and intention to control it."

SIGNED: _____
UNITED STATES DISTRICT JUDGE