UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
03/24/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TJ___ DEPUTY

United Status of America,

    Plaintiff(s),

vs.

Vincent Yen Tek Chiu,

    Defendant.

) Case No.: LA CR 19-00393 JAK-1
)
) **JURY NOTE NUMBER:** 2
)
) Today's Date: 3/23/22
)
) Time: 2:02 pm.
)
)
)

_____ THE JURY HAS REACHED AN UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

We plan to return tomorrow 3/24/22 @ 8:30am

SIGNED: **REDACTED**

FOREPERSON OF THE JURY