

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Status of America,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Vincent Yen Tek Chiu,<br><br>　　　　Defendant. | ) Case No.: LA CR 19-00393 JAK-1<br>)<br>) **JURY NOTE NUMBER:** 3<br>)<br>) Today's Date: 3/23/22<br>)<br>) Time: 2:10 pm<br>)<br>)<br>) |

_____　　THE JURY HAS REACHED AN UNANIMOUS VERDICT

__X__　　THE JURY REQUESTS THE FOLLOWING:

In Instruction N. 44, please clarify what "control it" means? What falls under control?

SIGNED: **REDACTED**
FOREPERSON OF THE JURY