FILED
CLERK, U.S. DISTRICT COURT

03/24/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TJ _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

United Status of America,                    ) Case No.: LA CR 19-00393 JAK-1
                                             )
                    Plaintiff(s),            ) **RESPONSE TO JURY NOTE NUMBER:** 3
                                             )
vs.                                          ) Today's Date: _March 23, 2022_
                                             )
Vincent Yen Tek Chiu,                        )
                                             )
                                             )
                    Defendant.               )

---

RESPONSE TO JURY NOTE NUMBER #  3

"It" refers to the controlled substances identified in Instruction 30. "Control" of the

substances means either the physical possession of them or the power and intention

to control them if they are in the physical possession of another person or persons.

SIGNED:_____

UNITED STATES DISTRICT JUDGE