UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

03/24/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TJ___ DEPUTY

| | |
|---|---|
| United Status of America, | ) Case No.: LA CR 19-00393 JAK-1 |
| Plaintiff(s), | ) **JURY NOTE NUMBER:** 4 |
| vs. | ) Today's Date: 3/24/22 |
| Vincent Yen Tek Chiu, | ) Time: 8:54 am |
| Defendant. | ) |

_____   THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

We would like to request the following please
① second copy of evidence folders
② office supplies - sharpies*, post it board, pens, post it notes*
③ additional Jury Notes pages
④ ~~Lunch por favor?~~

SIGNED   **REDACTED**

FOREPERSON OF THE JURY