

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Status of America,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Vincent Yen Tek Chiu,<br><br>　　　　Defendant. | ) Case No.: LA CR 19-00393 JAK-1<br>)<br>) **JURY NOTE NUMBER:** 6<br>)<br>) Today's Date: 3/24/22<br>)<br>) Time: 12:26 PM<br>)<br>)<br>) |

__X__  THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____  THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____

　　　　SIGNED  **REDACTED**
　　　　　　　FOREPERSON OF THE JURY