## LIST OF EXHIBITS AND WITNESSES

FILED
CLERK, U.S. DISTRICT COURT

03/24/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TJ _____ DEPUTY

| Case Number | LA CR19-00393 JAK | Title | U.S.A. v. 1. Vincent Yen Yek Chiu |
|---|---|---|---|
| Judge | John A. Kronstadt, United States District Judge | | |
| Dates of Trial or Hearing | 3/11/22; 3/15/22; 3/16/22; 3/18/22; 3/22/22; 3/23/22; 3/24/22 | | |
| Court Reporters or Tape No. | Suzanne McKennon; Terri Hourigan | | |
| Deputy Clerks | T. Jackson-Terrell | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Brittney Michelle Harris | Louis Shapiro, Ret. |
| MiRi Song | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRITTNEY M. HARRIS (Cal. Bar No. 294650)
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorneys
International Narcotics, Money
Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0488/2262
     Facsimile: (213) 894-0142
     E-mail:   brittney.harris@usdoj.gov/
             miri.song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-393(A)-JAK-1,11 |
|---|---|
|     Plaintiff, | GOVERNMENT'S WITNESS LIST |
|         v. | |
| VINCENT YEN TEK CHIU, and KHONSAVANH VORACHACK, | |
|     Defendants. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brittney M. Harris and MiRi Song hereby files its witness list in the above-captioned case.

//

//

//

//

The government reserves the right to supplement this witness list throughout trial as necessary.

Dated: March 10, 2022          Respectfully submitted,

                               TRACY L. WILKISON
                               United States Attorney

                               SCOTT M. GARRINGER
                               Assistant United States Attorney
                               Chief, Criminal Division


                                    */s/*
                               _____
                               BRITTNEY M. HARRIS
                               MIRI SONG
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**LIST OF GOVERNMENT WITNESSES**

| No. | Name of Witness | Estimated Time | Summary of Expect Testimony |
|---|---|---|---|
| 1. | Omar Maldonado (HSI Special Agent)  **03/15/2022** | 5 hours | Will testify about contacts with Chiu, Vorachack, and co-conspirators leading up to their respective events in January, February, May, July of 2018 and January and February of 2019, as charged in the FSI. |
| 2. | Confidential Human Source 1 ("CHS1")  **03/16/2022** | 5 hours | Will testify about conversations with Chiu leading up to the January and May 2018 and January and February 2019 events charged in the FSI. |
| 3. | James Dodds (RCMP Undercover Agent)  **03/15/2022** | 2 hours | Will testify about calls with co-conspirator prior to meeting on 2/1/2018 to pick up money from Chiu's courier, a money pick up on 2/1/2018, and met with Chiu on 6/21/2018. Will also testify about picking up money from Chiu on 7/24/2018 and 7/26/2018. |
| 4. | James Young (RCMP Undercover Agent)  **03/16/22** | 1 hour | Will testifying about meeting with Chiu on 5/29/2018 and 6/21/2018. |
| 5. | Enrique Macias (HSI Task Force Officer)  **03/22/2022** | 2 hours | Will testify about meeting with a co-conspirator in Compton to exchange cocaine in January 2018, provided sham cocaine in July 2018, and present for 9/6/2018 drug transaction in Bakersfield, CA. |
| 6. | Leticia Huerta (HSI Special Agent) | 30 mins | Will testify about speaking with Vorachack for the MDMA drop off on 2/20/2019. |
| 7. | Mark Gomez **03/16/2022** (HSI Special Agent) | 30 mins | Will testify about meeting Vorachack on 2/20/2019. |
| 8. | Rochelle Hranac (DEA Senior Forensic Chemist)  **03/18/2022** | 30 mins | Will testify about testing and analysis of 23.92 kg of MDMA, as charged in Overt Act No. 80 in Count 1 and Count |

| No. | Name of Witness | Estimated Time | Summary of Expect Testimony |
|---|---|---|---|
| | | | 7. |
| 9. | Confidential Informant ("CI") | 30 mins | Will testify about meeting Chiu through co-defendant NICA and the beginning of the investigation. Will also testify about the arrangements for the drug transactions in 8/2018 and 9/2018. |
| 10. | Confidential Human Source 4 ("CHS4")  **03/18/2022** | 30 mins | Will testify about speaking with Chiu about picking up 32 kgs of cocaine from Gastelum-Sanchez and Gastelum-Benitez on 8/28/2018 and a second installment on 9/6/2018. |
| 11. | Kenny Benitez (WCPD Detective) **03/22/2022** | 30 mins | Will testify about surveilling the 8/28/2018 meeting. |
| 12. | Kyle Ferrari (WCPD Detective)  **03/18/2022** | 2 hours | Will testify about surveilling the 7/18/2018, 7/26/18, and 9/6/2018 meetings. |
| 13. | Susan Ziegler (DEA Senior Forensic Chemist)  **03/18/2022** | 30 mins | Will testify about testing and analysis of 23 kg of cocaine, as charged in Overt Act No. 68 in Count 1 and Count 5; 24.12 kg of cocaine and approximately 8 kg of heroin as charged in Overt Act No. 64 in Count 1 and in Count 6. |
| 14. | R. Franco (OCSD deputy) | 1 hour | Will testify about conducting a traffic stop of Vorachack after his meeting with SA Huerta. |
| 15. | Steve Paris (DEA Special Agent)  **03/18/2022** | 2 hours | Will testify about the different roles in drug trafficking organization, coded language interpretation, prices of controlled substances involved, and modes of transportations across border. |
| 16. | Manj Mattu **03/22/2022** (RCMP Corporal) | 30 mins | Will testify that he surveilled the 2/1/2018 |

| No. | Name of Witness | Estimated Time | Summary of Expect Testimony |
|---|---|---|---|
| | | | transaction and that he took pictures of Chiu during a meeting on 6/21/2018. Will also testify that he surveilled the 7/24/2018 and 7/26/2018 meetings and was present for analyzing the seized evidence. |
| 17. | Hannah Monroe (FBI Special Agent) **03/22/2022** | 30 mins | Will testify about reviewing evidence related to Vorachack; establishing chain of custody on drug evidence; and reviewing phone evidence. |

**18. Brian Caporrimo (CHP)**

**3/22/2022**

5

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-393(A)-JAK-1 |
| Plaintiff, | DEFENDANT'S WITNESS LIST |
| v. | |
| VINCENT YEN TEK CHIU, | |
| Defendants. | |

1.   Vincent Yen Tek Chiu – March 22, 2022

## UNITED STATES v. VINCENT YAN TEK CHIU

### CR NO. 19-00393(A)-JAK-1

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| | **General** | | | | |
| 1 | Photograph of Vincent Yen Tek Chiu | | | 3/15/22 | 3/15/22 |
| 2 | Photograph of Anthony Louis Lam | | | 3/18/22 | 3/18/22 |
| 3 | Photograph of Thanh Hai Tran | | | | |
| 4 | Photograph of Henry Liu | | | 3/22/22 | 3/22/22 |
| 5 | Photograph of Ashot Abaryan | | | | |
| 6 | Photograph of Cristian Raul Gastelum-Sanchez | | | 3/18/22 | 3/18/22 |
| 7 | Photograph of Raul Arturo Gastelum-Benitez | | | 3/18/22 | 3/18/22 |
| 8 | Photograph of Zlatko Mandaric | | | | |
| 9 | Photograph of Bojan Tomcic | | | | |
| 10 | Photograph of Khonsavanh Vorachack | | | 3/22/22 | 3/22/22 |
| 11 | Photograph of Marlene Whitmore | | | | |

## UNITED STATES v. VINCENT YAN TEK CHIU

### CR NO. 19-00393(A)-JAK-1

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|------------------|-------------|---------------|
| 12 | Photograph of Ricky Korasak | | | 3/22/22 | 3/22/22 |
| 21 | FBI Report | | | 3/22/22 | |
| 25 | FBI Report | | | 3/22/22 | |
| | | | | | |
| **January 2018 Events** | | | | | |
| 100 | Pretty Good Privacy ("PGP") Encrypted Messages Between Chiu and UC1 on Jan. 18, 2018 (Chiu00916-22) | | | 3/15/22 | 3/15/22 |
| 101 | PGP Encrypted Messages Between Chiu and UC1 on Jan. 19, 2018 (Chiu00901-15) | | | 3/15/22 | 3/15/22 |
| 102 | PGP Encrypted Messages Between Chiu and UC1 on Jan. 21, 2018 (Chiu00923-28) | | | 3/15/22 | 3/15/22 |
| 103 | PGP Encrypted Messages Between Chiu and UC1 on Jan. 23, 2018 (Chiu00932-34) | | | 3/15/22 | 3/15/22 |

## UNITED STATES v. VINCENT YAN TEK CHIU

### CR NO. 19-00393(A)-JAK-1

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 104 | PGP Encrypted Messages Between Chiu and UC1 on Jan. 26, 2018 (Chiu009774) | | | 3/15/22 | 3/15/22 |
| 105 | PGP Encrypted Messages Between Chiu and UC1 on Jan. 27, 2018 (Chiu08555-8589) | | | 3/15/22 | 3/15/22 |
| 106 | HSI Report of Investigation Re Jan. 19, 2018 UC1 Meeting with CHIU (Chiu00012-15) | | | | |
| 107 | CHP Supplemental Report Re Jan. 19, 2018 UC2 Meeting with HILL (Chiu00023-24) | | | | |
| 108 | HSI Report of Investigation Re Jan. 19, 2018 Chronology (Chiu00004-8) | | | | |
| 109 | Surveillance Master Notes Re Jan. 19, 2018 UC1 Meeting with CHIU (Chiu00736-42) | | | | |
| 110 | Intentionally Left Blank | | | | |

3

<u>**UNITED STATES v. VINCENT YAN TEK CHIU**</u>

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---|---|---|---|---|---|
| 111 | Intentionally Left Blank | | | | |
| 112 | Intentionally Left Blank | | | | |
| 113 | Intentionally Left Blank | | | | |
| **February 2018 Events** | | | | | |
| 200 | Still Frame Photograph from Whole Foods (Chiu00022) | | | 3/15/22 3/22/22 | 3/15/22 |
| 201 | Four Photographs of Money and Bag Seized on February 1, 2018 (Chiu 00890-894) | | | 3/15/22 (pg. 1-3) 3/22/22 (pg. 4) | 3/15/22 (pg. 1-3) 3/22/22 (pg. 4) |
| 202 | Four Photographs of Narcotics Seized on February 21, 2018 (Chiu00043-44, 47-57) | | | | |
| 203 | Encrypted messages between Defendant Chiu and HSI UC on February 23, 2018 (Chiu09767-69) | | | | |
| 204 | Photographs of Drug Evidence (Chiu10835-10869) | | | | |

<u>**UNITED STATES v. VINCENT YAN TEK CHIU**</u>

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 205 | HSI Reports of Investigation (Chiu00009-11, 58-59) | | | | |
| 206 | CHP Reports (Chiu00026-32) | | | | |
| 207 | CBP Report (Chiu00047-57) | | | | |
| 208 | RCMP Reports and Notes from January 25-30, 2018 (Chiu000713-19, 743-46) | | | | |
| 209 | RCMP Undercover Notes from February 1, 2018 (Chiu000750-753, 756-759, 879-880) | | | | |
| 210 | DEA Laboratory Report (Chiu00093) | | | | |
| 211 | | | | | |
| <div align="center">**<u>March 2018 Events</u>**</div> | | | | | |
| 300 | Intentionally Left Blank | | | | |
| <div align="center">**<u>May 2018 Events</u>**</div> | | | | | |

## UNITED STATES v. VINCENT YAN TEK CHIU

### CR NO. 19-00393(A)-JAK-1

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 400 | Encrypted Messages between Defendant Chiu and HSI UC on May 2, 2018 (Chiu07882-85) | | | | |
| 401 | Encrypted Message from Defendant Chiu to HSI UC on May 14, 2018 (Chiu07879) | | | 3/15/22 | 3/15/22 |
| 402 | Encrypted Messages between Defendant Chiu and CHS1 on May 25, 2018(Chiu02662-66) | | | 3/16/22 | 3/16/22 |
| 403 | Encrypted Messages between Defendant Chiu and CHS1 on May 26, 2018 (Chiu02668-0069) | | | 3/16/22 | 3/16/22 |
| 404 | Encrypted Messages between Defendant Chiu and CHS1 on May 28, 2018 (Chiu02677) | | | 3/16/22 | 3/16/22 |
| 405 | Video from May 29, 2018 (Chiu00936) | | | | |

**UNITED STATES v. VINCENT YAN TEK CHIU**

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 406 | Encrypted Messages between Defendant Chiu and CHS1 May 29-31, 2018 (Chiu02682-83, 86, 89-92, 94) | | | 3/16/22 | 3/16/22 |
| 407 | RCMP Report for May 29, 2018 (Chiu000801-04) | | | | |
| 408 | RCMP Undercover Notes (Chiu000800, 807-14) | | | | |
| 409 | RCMP Surveillance Notes May 29, 2018 (Chiu000806, 889) | | | | |
| 410 | | | | | |
| 411 | | | | | |
| **June 2018 Events** | | | | | |
| 500 | Encrypted messages between Defendant Chiu and CHS1 on June 3, 2018 (Chiu02705-06) | | | 3/16/22 | 3/16/22 |
| 501 | Clip A of phone call on June 4, 2018 with Defendant Chiu and CHS1 (Chiu00173) | | | 3/15/22 3/16/22 3/22/22 | 3/15/22 |
| 501T | Transcript of Clip A | | | | |

UNITED STATES v. VINCENT YAN TEK CHIU

CR NO. 19-00393(A)-JAK-1

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---|---|---|---|---|---|
| 502 | Clip B of phone call on June 4, 2018 with Defendant Chiu and CHS1 (Chiu00173) | | | 3/15/22 3/16/22 | 3/15/22 |
| 502T | Transcript of Clip B | | | | |
| 503 | Encrypted messages between Defendant Chiu and CHS1 June 10-21, 2018 (Chiu02715-16, 33, 31, 39-41, 51-52, 42, 49, 48, 56) | | | 3/16/22 | 3/16/22 |
| 504 | Encrypted messages containing photographs of money and newspaper sent to HSI UC on June 15, 2018 (Chiu10202-03) | | | 3/16/22 | 3/16/22 |
| 505 | Six Photographs of meeting on June 21, 2018 (Chiu00940, 943, 944, 958, 962, 963) | | | 3/15/22 3/16/22 3/22/22 | 3/15/22 |
| 506 | HSI Report of Investigation (Chiu00161-70) | | | | |
| 507 | RCMP Report for June 21, 2018 (Chiu000816-19) | | | | |

8

<u>**UNITED STATES v. VINCENT YAN TEK CHIU**</u>

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 508 | RCMP Undercover Notes (Chiu00811, 27-30, 12-14) | | | | |
| 509 | | | | | |
| 510 | | | | | |
| **July 2018 Events** | | | | | |
| 600 | Encrypted messages between Defendant Chiu and CHS1 July 10-18, 2018 (Chiu2768, 72, 71, 70, 73-75, 85, 95; Chiu2800, 02, 10-13) | | | 3/16/22 | 3/16/22 |
| 601 | Clip A of phone call on July 20, 2018 with Defendant Chiu and CHS1 (Chiu00196) | | | 3/15/22 3/16/22 | 3/15/22 |
| 601T | Transcript of Clip A | | | | |
| 602 | Clip B of phone call on July 20, 2018 with Defendant Chiu and CHS1 (Chiu00196) | | | 3/15/22 3/16/22 3/22/22 | 3/15/22 |
| 602T | Transcript of Clip B | | | | |

<u>UNITED STATES v. VINCENT YAN TEK CHIU</u>

CR NO. 19-00393(A)-JAK-1

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---|---|---|---|---|---|
| 603 | Encrypted Messages from Defendant Chiu to HSI UC July 15, 2018 (Chiu10057-58, 60, 51, 07730-33) | | | 3/15/22 | 3/15/22 |
| 604 | Nine Photographs from Meeting with Defendant Tran and RCMP UC on July 24, 2018 (Chiu00971,72, 78-80, 82, 84, 88, 89) | | | 3/15/22 3/22/22 | 3/15/22 |
| 605 | Two Photographs After Meeting with Defendant Tran and RCMP UC on July 24, 2018 (Chiu1002-1000) | | | 3/22/22 | 3/22/22 |
| 606 | Five Photographs of Bag and Money from July 24, 2018 (Chiu1009, 12, 13, 19, 24) | | | 3/15/22 (pg. 1) 3/22/22 (full exh.) | 3/15/22 (pg. 1) 3/22/22 (full exh.) |
| 607 | 8 Photographs from meeting with Defendant Tran and RCMP UC on July 26, 2018 (Chiu01029, 33, 34, 36, 38-40, 43) | | | 3/15/22 3/22/22 | 3/15/22 |

## UNITED STATES v. VINCENT YAN TEK CHIU

### CR NO. 19-00393(A)-JAK-1

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---|---|---|---|---|---|
| 608 | 2 Photographs from meeting with Defendant Tran and RCMP UC on July 26, 2018 (Chiu01047, 53) | | | 3/15/22 (pg. 1)<br><br>3/22/22 | 3/15/22 (pg. 1)<br><br>3/22/22 |
| 609 | WCPD Surveillance Notes on July 18, 2018 (Chiu00237-38) | | | | |
| 610 | WCPD Report on July 26, 2018 (Chiu00239-64) | | | | |
| 611 | RCMP Report for July 24, 2018 Meeting (Chiu00833-35) | | | | |
| 612 | RCMP UC Notes for July 24, 2018 (Chiu00839-43) | | | | |
| 613 | RCMP Report for July 26, 2018 Meeting (Chiu00850-51) | | | | |
| 614 | RCMP UC Notes for July 26, 2018 (Chiu00854-65) | | | | |
| 615 | HSI Reports of Investigation (Chiu00222-36) | | | | |
| **August-September 2018 Events** | | | | | |

## UNITED STATES v. VINCENT YAN TEK CHIU

### CR NO. 19-00393(A)-JAK-1

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 700 | PGP Encrypted Message Between Chiu and CHS1 on August 2, 2018 (Chiu04395-96) | | | | |
| 701 | PGP Encrypted Message Between Chiu and CHS1 on August 8, 2018 (Chiu02858-61) | | | | |
| 702 | PGP Encrypted Message Between Chiu and CHS1 on August 9, 2018 (Chiu02862-68) | | | | |
| 703 | PGP Encrypted Message Between Chiu and CHS1 on August 10, 2018 (Chiu03969-70) | | | | |
| 704 | Clip A of Recorded Phone Call Between Chiu and CHS1 (Chiu0337) | | | 3/15/22 3/16/22 | 3/15/22 |
| 704T | Transcript of Clip A | | | | |
| 705 | Clip B of Recorded Phone Call Between Chiu and CHS1 (Chiu0337) | | | 3/15/22 3/16/22 | 3/15/22 |
| 705T | Transcript of Clip A | | | | |

**UNITED STATES v. VINCENT YAN TEK CHIU**

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|----------------|
| 706 | Recorded Phone Call 1 Between Chiu and CHS4 on August 15, 2018 (Chiu00347) | | | 3/15/22 3/18/22 | 3/15/22 |
| 706T | Transcript of Recorded Phone Call 1 Between Chiu and CHS4 on August 15, 2018 (Chiu00347) | | | | |
| 707 | Recorded Phone Call 2 Between Chiu and CHS4 on August 15, 2018 (Chiu00347) | | | 3/15/22 3/18/22 | 3/15/22 |
| 707T | Transcript of Recorded Phone Call 2 Between Chiu and CHS4 on August 15, 2018 (Chiu00347) | | | | |
| 708 | Recorded Phone Call 3 Between Chiu and CHS4 on August 15, 2018 (Chiu00347) | | | 3/15/22 3/18/22 | 3/15/22 |
| 708T | Transcript of Recorded Phone Call 3 Between Chiu and CHS4 on August 15, 2018 (Chiu00347) | | | | |
| 709 | Picture of Dollar Bill with Serial Number (Chiu00356) | | | 3/18/22 | 3/18/22 |

13

**UNITED STATES v. VINCENT YAN TEK CHIU**

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 710 | Recorded Phone Call Between Chiu and CHS4 on August 16, 2018 (Chiu00347) | | | 3/15/22 3/18/22 | 3/15/22 |
| 710T | Transcript of Recorded Phone Call Between Chiu and CHS4 on August 16, 2018 (Chiu00347) | | | | |
| 711 | Recorded Phone Call Between Chiu and CHS4 on August 23, 2018 (Chiu00347) | | | 3/15/22 | 3/15/22 |
| 711T | Transcript of Recorded Phone Call Between Chiu and CHS4 on August 23, 2018 (Chiu00347) | | | | |
| 712 | Surveillance Photographs from August 28, 2018 (Chiu00423-29) | | | 3/18/22 3/22/22 | 3/18/22 |
| 713 | Photographs of Seizure from August 28, 2018 (Chiu00406-09, 00413-16) | | | 3/18/22 | 3/18/22 |

<u>UNITED STATES v. VINCENT YAN TEK CHIU</u>

CR NO. 19-00393(A)-JAK-1

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 714 | Photographs of Drug Exhibit Nos. 6892.01 and 6892.02 (24 kgs of cocaine and 8 kgs of heroin) (Chiu10870-10884) | | | 3/18/22 3/22/22 | 3/18/22 |
| 715 | DEA Chemical Analysis Report of Exhibit Nos. 6892.01 and 6892.02 (24 kgs of cocaine and 8 kgs of heroin) (Chiu00469) | | | | |
| 716 | PGP Encrypted Messages from Chiu through Nica on August 28, 2018 | | | 3/22/22 | 3/22/22 |
| 717 | PGP Encrypted Messages from Chiu through Nica on September 3, 2018 | | | 3/22/22 | 3/22/22 |
| 718 | Photographs of Drug Exhibit No. 7809 (Chiu10885-10895) | | | 3/18/22 3/22/22 | 3/18/22 |
| 719 | DEA Chemical Analysis Report of Exhibit No. 7809 (23 kgs of cocaine) (Chiu00468) | | | | |

<u>UNITED STATES v. VINCENT YAN TEK CHIU</u>

CR NO. 19-00393(A)-JAK-1

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 720 | PGP Encrypted Message from Chiu through Nica on September 10, 2018 (Chiu01708) | | | 3/22/22 | 3/22/22 |
| 721 | PGP Encrypted Message from Chiu through Nica on September 10 through 15, 2018 (Chiu01709-23) | | | | |
| 722 | Photographs from Seizure on September 10, 2018 | | | 3/22/22 | 3/22/22 |
| 723 | West Covina Police Report Re August 28, 2018 (Chiu00420-22) | | | | |
| 724 | Surveillance Notes for September 6, 2018 (Chiu00430-31) | | | | |
| 725 | West Covina Police Report Re September 6, 2018 (Chiu00432-34) | | | | |
| 726 | CHP Arrest Report on September 11, 2018 (Chiu00435-39) | | | | |
| 727 | Bill of Lading and Truck Information for Mandaric (Chiu00470) | | | | |

**UNITED STATES v. VINCENT YAN TEK CHIU**

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 728 | CHP Arrest Report for September 11, 2018 (Chiu00440-453) | | | | |
| 729 | Bill of Lading and Truck Information for Tomcic (Chiu00507) | | | | |
| 730 | FBI 302 Interview of Ferrari (Chiu00465-66) | | | | |
| 731 | HSI Report of Investigation re August and September 2018 (Chiu00460-64) | | | | |
| 732 | FBI 302 (Interview of Macias (Chiu00467) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **January-February 2019 Events** | | | | | |
| 800 | Clip A of January 23, 2019 Recorded Call Between Source and Chiu (Chiu00546) | | | 3/15/22 3/16/22 | 3/15/22 |

17

## UNITED STATES v. VINCENT YAN TEK CHIU

### CR NO. 19-00393(A)-JAK-1

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 800T | Transcript of Clip A | | | | |
| 801 | Clip B of January 23, 2019 Recorded Call Between Source and Chiu (Chiu00546) | | | 3/15/22 3/16/22 | 3/15/22 |
| 801T | Transcript of Clip B | | | | |
| 802 | PGP Encrypted Messages Between Chiu and CHS1 on January 31 and February 6, 2019 (Chiu07699-707) | | | 3/16/22 | 3/16/22 |
| 803 | PGP Encrypted Messages Between Chiu and CHS1 on February 19, 2019 (Chiu07548-550) | | | | |
| 804 | Intentionally Left Blank | | | | |
| 805 | Recorded Call Between UC1 and Korasak on February 7, 2019 (Chiu00628) | | | 3/15/22 | 3/15/22 |
| 805T | Recorded Call Between UC1 and Korasak on February 7, 2019 (Chiu00628) | | | | |

**UNITED STATES v. VINCENT YAN TEK CHIU**

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 806 | Recorded Call Between UC1 and Korasak on February 10, 2019 (Chiu00628) | | | 3/15/22 | 3/15/22 |
| 806T | Transcript of Recorded Call | | | | |
| 807 | Recorded Call 2 Between UC1 and Korasak on February 18, 2019 (Chiu00628) | | | 3/15/22 | 3/15/22 |
| 807T | Transcript of Recorded Call | | | | |
| 808 | Recorded Call Between UC1 and Vorachack on February 18, 2019 (Chiu00618) | | | 3/15/22 3/22/22 | 3/15/22 |
| 808T | Transcript of Recorded Call | | | | |
| 809 | Recorded Call 2 Between UC1 and Korasak on February 18, 2019 (Chiu00628) | | | 3/15/22 | 3/15/22 |
| 809T | Transcript of Recorded Call | | | | |
| 810 | Intentionally Left Blank | | | | |

<u>UNITED STATES v. VINCENT YAN TEK CHIU</u>

CR NO. 19-00393(A)-JAK-1

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|------------------|-------------|----------------|
| 811 | Recorded Call Between UC1 and Vorachack on February 19, 2019 (Chiu00618) | | | 3/15/22 3/22/22 | 3/15/22 |
| 811T | Transcript of Recorded Call | | | 3/15/22 | |
| 812 | Recorded Call Between UC1 and Vorachack on February 20, 2019 (Chiu00618) | | | 3/15/22 3/22/22 | 3/15/22 |
| 812T | Transcript of Recorded Call | | | | |
| 813 | Recorded Meeting Between UC5 and Vorachack on February 20, 2019 (Chiu0503.003) | | | 3/16/22 | 3/16/22 |
| 813T | Transcript of Meeting | | | 3/16/22 | |
| 814 | Recorded Meeting 2 Between UC5 and Vorachack on February 20, 2019 (Chiu0503.003) | | | 3/16/22 | 3/16/22 |
| 814t | Transcript of Meeting | | | 3/16/22 | |

<u>**UNITED STATES v. VINCENT YAN TEK CHIU**</u>

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|---------------|
| 815 | Recorded Meeting 3 Between UC5 and Vorachack on February 20, 2019 (Chiu0503.003) | | | 3/16/22 | 3/16/22 |
| 815t | Transcript of Meeting | | | | |
| 816 | OCSD Traffic Stop of Vorachack on February 20, 2019 | | | | |
| 816T | Transcript of Traffic Stop | | | | |
| 817 | Photographs of Drug Exhibit No. 1B370 (Chiu10896-10913) | | | 3/18/22 3/22/22 | 3/18/22 |
| 818 | DEA Chemical Analysis Report of Exhibit No. 1B370 (Chiu00694) | | | | |
| 819 | Screenshots of Vorachack's Phone (Chiu00603-4) | | | | |
| 820 | Recorded Call Between Korasak and Vorachack on February 20, 2019 (Chiu00618) | | | | |
| 820T | Transcript of Recorded Call | | | | |

**UNITED STATES v. VINCENT YAN TEK CHIU**

**CR NO. 19-00393(A)-JAK-1**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | STIP TO AUTH. | STIP TO ADMISS. | DATE IDENT. | DATE IN EVID. |
|---------|-------------|---------------|-----------------|-------------|----------------|
| 821 | OCSD Police Report (Chiu00651-653) | | | | |
| 822 | HSI Report of Investigation (Chiu00640-644) | | | 3/15/22 | |
| 823 | HSI Report of Investigation (Chiu00648-50) | | | | |
| 824 | FBI 302 Vorachack Interview (Chiu00646-47) | | | | |
| | | | | | |
| | | | | | |