FILED
CLERK, U.S. DISTRICT COURT
03/24/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: TJ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VINCENT YEN TEK CHIU,<br>Defendant. | CR No. 19-00393(A)-JAK-1<br><br>VERDICT FORM |

**COUNT ONE**

Conspiracy to Distribute or to Possess with Intent to Distribute Cocaine and 3,4-Methylenedioxyamphetamine, 21 U.S.C. § 846

1. We, the Jury, unanimously find the defendant Vincent Yen Tek Chiu (check one):

_____ NOT GUILTY

__X__ GUILTY

of conspiring to distribute or to possess with intent to distribute a controlled substance, in violation of Title 21 United States Code Section 846.

*(If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 1 is Not Guilty, do not answer Questions 2 and 3, and proceed to Question 4.)*

2. Having found defendant Vincent Yen Tek Chiu guilty of the offense charged in Count One, do you unanimously find beyond a reasonable doubt that the conspiracy charged in Count One involved at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine and that defendant either (a) personally agreed to, or encouraged, transactions involving at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine, or (b) reasonably could have foreseen that the conspiracy involved at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine?

_____ NO

__X__ YES

*(If your response to Question 2 is No, you must also answer Question 3. If your response to Question 2 is Yes, do not answer Question 3 and proceed to Question 4.)*

3. Having found defendant Vincent Yen Tek Chiu guilty of the offense charged in Count One, do you unanimously find beyond a reasonable doubt that the conspiracy charged in Count One involved at least 500 grams of a mixture or substance containing a detectable amount of cocaine and that defendant either (a) personally agreed to, or encouraged, transactions involving at least 500 grams of a mixture or substance containing a detectable amount of cocaine, or (b) reasonably could have foreseen that the conspiracy involved at least 500 grams of a mixture or substance containing a detectable amount of cocaine?

_____ NO

_____ YES

**COUNT TWO**

Conspiracy to Export Cocaine, 21 U.S.C. § 963

4. We, the Jury, unanimously find the defendant Vincent Yen Tek Chiu (check one):

_____ NOT GUILTY

__X__ GUILTY

of conspiring to export cocaine, in violation of Title 21 United States Code Section 963.

*(If the response to Question 4 is Guilty, you must also answer Question 5. If the response to Question 4 is Not Guilty, do not answer Questions 5 and 6, and proceed to Question 7.)*

5. Having found defendant Vincent Yen Tek Chiu guilty of the offense charged in Count Two, do you unanimously find beyond a reasonable doubt that the conspiracy charged in Count Two involved at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine and that defendant either (a) personally agreed to, or encouraged, transactions involving at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine, or (b) reasonably could have foreseen that the conspiracy involved at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine?

_____ NO

__X__ YES

*(If your response to Question 5 is No, you must also answer Question 6. If your response to Question 5 is Yes, do not answer Question 6 and proceed to Question* ~~*7.)*~~ 13

6. Having found defendant Vincent Yen Tek Chiu guilty of the offense charged in Count Two, do you unanimously find beyond a reasonable doubt that the conspiracy charged in Count Two involved at least 500 grams of a mixture or substance containing a detectable amount of cocaine and that defendant either (a) personally agreed to, or encouraged, transactions involving at least 500 grams of a mixture or substance containing a detectable amount of cocaine, or (b) reasonably could have foreseen that the conspiracy involved at least 500 grams of a mixture or substance containing a detectable amount of cocaine?

_____ NO

_____ YES

**COUNT FIVE**

Distribution of Cocaine, 21 U.S.C. § 841(a)(1)

13. We, the Jury, unanimously find the defendant Vincent Yen Tek Chiu (check one):

______ NOT GUILTY

__X__ GUILTY

of distributing cocaine in violation of Title 21 United States Code Section 841(a)(1).

*(If your response to Question 13 is Not Guilty, do not answer Question 14 and 15, and proceed to Question 16. If your response to Question 13 is Guilty, you must also answer Question 14.)*

14. Having found defendant Vincent Yen Tek Chiu guilty of Count Five, do you unanimously find beyond a reasonable doubt that Count Five involved at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine:

______ NO

__X__ YES

*(If your response to Question 14 is No, you must also answer Question 15. If your response to Question 14 is Yes, do not answer Question 15 and proceed to Question 16.)*

///

///

///

15. Having found defendant Vincent Yen Tek Chiu guilty of Count Five, do you unanimously find beyond a reasonable doubt that Count Five involved at least 500 grams of a mixture and substance containing a detectable amount of cocaine:

______ NO

______ YES

**COUNT SIX**

Distribution of Heroin, 21 U.S.C. § 841(a)(1)

16. We, the Jury, unanimously find the defendant Vincent Yen Tek Chiu (check one):

______ NOT GUILTY

__X__ GUILTY

of distributing heroin, in violation of Title 21 United States Code Section 841(a)(1).

*(If your response to Question 16 is Not Guilty, do not answer Question 17 and 18, and proceed to Question 19. If your response to Question 16 is Guilty, you must also answer Question 17.)*

17. Having found defendant Vincent Yen Tek Chiu guilty of Count Six, do you unanimously find beyond a reasonable doubt that Count Six involved at least 1 kilogram of a mixture and substance containing a detectable amount of heroin:

______ NO

__X__ YES

*(If your response to Question 17 is No, you must also answer Question 18. If your response to Question 17 is Yes, do not answer Question 18 and proceed to Question 19.)*

///

///

///

18. Having found defendant Vincent Yen Tek Chiu guilty of Count Six, do you unanimously find beyond a reasonable doubt that Count Six involved at least 100 grams of a mixture and substance containing a detectable amount of heroin:

______ NO

______ YES

**COUNT SEVEN**

Distribution of 3,4-Methylenedioxyamphetamine, 21 U.S.C. § 841(a)(1)

19. We, the Jury, unanimously find the defendant Vincent Yen Tek Chiu (check one):

_____ NOT GUILTY

X GUILTY

of distributing 3,4-methylenedioxyamphetamine, in violation of Title 21 United States Code Section 841(a)(1).

DATED 3/24/22 in Los Angeles, California.

REDACTED

FOREPERSON OF THE JURY