Louis J. Shapiro, CSB#243756
Law Offices of Louis J. Shapiro
10100 Santa Monica Blvd, Suite 300
Los Angeles, CA 90067
Office: (310) 651-9968
Fax: (310) 772-2246
Email: LouisJShapiro@Gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT CHIU<br><br>Defendant, | Case No.: 2:19CR00393-001<br><br>**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**<br><br>Date:  10/20/22<br>Time: 8:30 a.m.<br>Place: 10B<br><br>Honorable John A. Kronstadt |

Defendant Vincent Chiu by and through his attorney of record, Louis J. Shapiro, hereby submits this Supplemental Sentencing Memorandum, setting forth the factors the Court should consider in determining what type of sentence is sufficient, but not greater than necessary to comply with the statutory directives set forth in 18 U.S.C. §3553(a).

DATED: October 15, 2022                    Respectfully Submitted,


                                           Law Offices of Louis J. Shapiro


                                           _____/S/_____
                                           Louis J. Shapiro
                                           Attorney for Defendant
                                           Vincent Chiu

## MEMORANDUM OF POINTS AND AUTHORITIES

On October 17, 2022, the government filed a Supplemental Sentencing Position, which is mainly a response to Defendant's Sentencing Memorandum. Rather than repeat that which the defense has already been briefed, the defense would like to address one major point which the sentencing hinges on – who is Mr. Chiu?

The government is trying to portray Mr. Chiu as a cunning leader of a drug organization while the defense is maintaining that he is a mere foot soldier who was taking marching orders. This issue not only goes to the role enhancement, which has safety valve implications, but also speaks to what would be a fair overall sentence.

A sheer honest assessment of the evidence and arguments presented points to the foot soldier category:

1. Mr. Chiu has no prior criminal record or history of dealing drugs. Prior to this case, he was running an honest real estate and property management business. Under the government's theory, Mr. Chiu magically transitioned overnight from the real estate field to the head of a drug trafficking organization ("DTO"). It is a "zero to hero" theory.

2. No other defendants testified that Mr. Chiu was a leader of a DTO.

3. No name of a DTO was given or proven.

4. It is undisputed by the government that Mr. Chiu did not make money in this case. What leader doesn't make money or have money on hand to pay its debts?

5. Is a leader of DTO expected to receive multiple commendations from jail staff and other inmates?[1]

6. Is a leader of DTO going to be on the ground level performing rudimentary tasks?

7. Does a seasoned leader of a DTO get played by the government in 3 consecutive drug deals?

8. Does a leader identify himself as "a wire guy" and make statements like "I don't have power"?

For reasons unbeknownst to the defense, the government is obsessed with the theory that Mr. Chiu is some big fish that they managed to catch. And they think that by saying it over and over the Court will embrace it. It doesn't work that way. At his core, Mr. Chiu is a human being, a husband, and a father to children. He is remorseful for his actions and regrets what he did with every fiber of his body. The school of thought that one adopts in this matter can make the difference of several years in prison. It would be a grave miscarriage of justice to wrongfully classify Mr. Chiu.

The defense hopes that the Court views Mr. Chiu through the appropriate lens when determining a fair sentence.

---

[1] None of Mr. Chiu's good character letters, educational and employment achievements that he earned while in custody were even acknowledged by the government in their supplemental sentencing position. This is because it cuts against their theory.

DATED: October 19, 2022                    Respectfully Submitted,


                                           Law Offices of Louis J. Shapiro


                                           _____/S/_____
                                           Louis J. Shapiro
                                           Attorney for Defendant
                                           Vincent Chiu