UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR19-00393 JAK-1 | Date | October 20, 2022 |
|---|---|---|---|

| Present: The Honorable | JOHN A KRONSTADT, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Holidae Crawford | Suzanne McKennon | Brittney Harris |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Vincent Yen Tek Chiu | | √ | √ | Louis Shapiro, Ret. | √ | | √ |

**Proceedings:**    **SENTENCING**

The sentencing hearing is held. For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

IT IS SO ORDERED.

|  | 1 | : | 05 |
|---|---|---|---|
| Initials of Deputy Clerk | | | HC |

cc: USPO; USM; BOP