# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VINCENT YEN TEK CHIU,<br><br>  Defendant. | CR No. 19-00393-JAK-1<br><br>ORDER RE STIPULATION REGARDING DIMISSING COUNTS (DKT. 434) |

Based on a review of the parties' Stipulation Regarding Dismissing Counts (the "Stipulation" (Dkt. 434)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is APPROVED. the original indictment filed at Docket No. 1 is dismissed as against defendant Vincent Yen Tek Chiu.

**IT IS SO ORDERED.**

November 3, 2022
DATE

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE